# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EZEQUIEL RAMIREZ<br><br>　　　Plaintiff,<br><br>v.<br><br>TOP CHEF, INC., et al.<br><br>　　　Defendants. | Case No. 1:15-cv-01464-CRC |

## NOTICE OF SETTLEMENT AND
## CONSENT MOTION TO CANCEL STATUS CONFERENCE

　　　Plaintiff hereby notifies the Court that the parties have reached a settlement of this matter that should be consummated no later than April 18, 2016.

　　　Accordingly, Plaintiff, with consent of Defendants, moves the Court to Cancel the status conference currently set for March 31, 2016. The parties will file a stipulation of dismissal of this matter no later than April 18, 2016.

Date: March 25, 2016　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/Justin Zelikovitz_____
　　　　　　　　　　　　　　　　　　　　　Justin Zelikovitz, #986001
　　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
　　　　　　　　　　　　　　　　　　　　　519 H Street NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　　T: (202) 445-6960
　　　　　　　　　　　　　　　　　　　　　F: (202) 683-6102
　　　　　　　　　　　　　　　　　　　　　justin@dcwagelaw.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*