# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EZEQUIEL RAMIREZ<br><br>        Plaintiff,<br><br>v.<br><br>TOP CHEF, INC., et al.<br><br>        Defendants. | Case No. 1:15-cv-01464-CRC |

## NOTICE OF SETTLEMENT AND
## CONSENT MOTION TO CANCEL STATUS CONFERENCE

Upon consideration of the Plaintiff's Notice of Settlement and Consent Motion to Cancel Status Conference, it is, this ___ day of _____, 2016, hereby:

ORDERED, that the Motion is GRANTED; and

ORDERED, that the status conference currently set in this matter for March 31, 2016 is CANCELLED; and

ORDERED, that the parties shall either file a stipulation of dismissal on or before April 18, 2016, or file a status report stating why such a stipulation cannot be filed by that time.

**SO ORDERED.**

_____
United States District Judge