IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EZEQUIEL RAMIREZ<br><br>  Defendant,<br>v.<br><br>TOP CHEF, INC., et al.<br><br>  Defendants. | Case No. 1:15-cv-01464-CRC |

**STIPULATION OF DISMISSAL**

COMES NOW, Plaintiff Ezequiel Ramirez and Defendants Top Chef, Inc., Yun-Chin Ng, Victor Quinto, Wok and Roll Enterprises, Inc., Muyan Wang and Mei Lan Li, by and through their respective attorneys, and hereby stipulate to the dismissal of this action, with prejudice and without costs, each side to bear their own attorney fees.

Dated:  April 18, 2016

Respectfully Submitted,

/s/Justin Zelikovitz_____
Justin Zelikovitz, (#986001)
519 H Street NW
Washington, DC 20001
T: (202) 445-6960
F: (202) 683-6102
justin@dcwagelaw.com
*Counsel for Plaintiff*

| /s/ Joseph F. Cunningham | /s/ Suzanne M. Tsintolas |
|---|---|
| Joseph F. Cunningham (D.C. Bar 65532) | Suzanne Tsintolas (D.C. Bar  986591) |
| CUNNINGHAM & ASSOCIATES, PLC | SUZANNE M TSINTOLAS LAW OFFICE |
| 1901 North Moore Street, Suite 802 | 3520 Connecticut Avenue, NW, 2nd Floor |
| Arlington, Virginia 22209 | Washington, DC  20008 |
| Tel: (703) 294-6500 | Tel: (202) 362-8212 |
| Fax: (703) 294-4885 | Fax: (202) 244-2210 |
| info@cunnimnghamlawyers.com | smtesq@aol.com |
| *For Defendants Top Chef, Inc,* | *For Defendants Wok & Roll Enterprises, Inc., Muyan Wang and Mei Lan Li* |